## Ex Parte Fernández.

### Appeal from the District Court of San Juan.

No. 73.—Decided May 12, 1904.

Dominion Title—Initial Petition—Written Title.—The supplementary means prescribed by the Mortgage Law of proving the ownership of real property through a judicial investigation can only be availed of by those persons who have no written title of ownership, and it is therefore necessary to set forth this circumstance in the initial petition instituting the proceedings.

ID.—PRUEBAS.—Las reglas de prueba establecidas en la Ley de Enjuiciamiento
Civil son aplicables á los expedientes de dominio, debiendo el Tribunal apre-
ciar con un criterio racional las pruebas que se aduzcan sobre la adquisición
del dominio.

## EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San
Juan á instancia del abogado Don Emigdio S. Ginorio, á nom-
bre de Don Jacinto Fernández Encarnación, sobre declaratoria
de dominio de una finca rústica, pendiente ante Nos á virtud
del recurso de apelación interpuesto por el promovente contra
la sentencia pronunciada por el referido Tribunal de Distrito,
la que copiada á la letra dice así:

"Puerto Rico, Junio diez y ocho de mil novecientos tres.

*Resultando*: que en escrito de veinte y ocho de Noviembre de mil
novecientos dos, Don Emigdio S. Ginorio, abogado, á nombre de Don
Jacinto Fernández Encarnación, promovió ante este Tribunal expe-
diente para acreditar el dominio de una finca rústica de 142 cuerdas
radicadas en el barrio de "Carruzos," de la Carolina, compuesta de
nueve parcelas compradas á distintas personas.

*Resultando*: que en dicho escrito no se expresa si el promovente
carece de título escrito de dominio.

*Resultando*: que los testigos presentados por el promovente de-
claran constarles "en conjunto" los hechos consignados en el expresa-
do escrito, así como la posesión quieta, pacífica y sin interrupción de
Fernández en el terreno objeto del expediente.

*Considerando*: que sólo es procedente acudir al medio supletorio de
acreditar el dominio, mediante información, cuando el promovente
carezca de título escrito de dominio, por lo que la consignación ex-
presa de esta circunstancia es indispensable para que el expediente
prospere.

*Considerando*: que las reglas de prueba establecidas en la ley de
Enjuiciamiento Civil son aplicables á los expedientes de dominio y no
es posible atribuir verdadero valor probatorio á las declaraciones de
testigos que no declaran sobre hechos específicos y concretos, sino
acerca de una série de hechos distintos los unos de los otros, cuales son
las nueve adquisiciones de parcelas componentes de la finca objeto
de este expediente, tanto más cuanto que, los expresados testigos, no
dan la razón de su dicho.

Id.—Evidence.—The rules of evidence established by the Law of Civil Procedure are applicable to proceedings regarding the ownership of real property, and the court should consider the evidence adduced in reference to the acquisition of ownership with sound discretion.

## STATEMENT OF THE CASE.

This is a proceeding instituted in the District Court of San Juan at the instance of Attorney Emigdio S. Ginorio, on behalf of Jacinto Fernández Encarnación, to obtain a declaration of ownership of a rural estate, which case is pending before us on an appeal taken by the petitioner from the judgment rendered by the said district court, which reads as follows:

"Porto Rico, June 18, 1903. In a petition dated November 28, 1902, Attorney Emigdio S. Ginorio, on behalf of Jacinto Fernández Encarnación, instituted proceedings in this court to establish the ownership of a rural estate consisting of one hundred and forty-two *cuerdas* of land, situated in *barrio* 'Carruzos,' of Carolina, composed of nine parcels purchased from different persons.

"Said petition does not state whether the claimant has a written title of ownership or not.

"The witnesses produced by the petitioner testify that they know of their knowledge, 'taken as a whole,' the facts set forth in the said petition, as well as the fact of the quiet, peaceable and uninterrupted possession by Fernández of the lands constituting the subject-matter of the proceedings.

"It is proper to have recourse to the supplementary means of proving ownership, by means of a judicial inquiry, only when the petitioner has no written title of ownership, and the express statement of this circumstance is therefore indispensable in order that the proceedings may be attended with success.

"The rules of evidence established by the Law of Civil Procedure are applicable to proceedings regarding the ownership of real property, and it is not possible to attribute real probatory value to the testimony of witnesses who do not testify to specific and concrete facts, but to a series of facts differing from each other, such as the acquisition of the nine parcels of land composing the estate involved in these proceedings, and the more so when the witnesses do not give the reasons for their statements.

*Considerando* : que el Tribunal debe apreciar con un criterio racional las pruebas que de la adquisición del dominio se ofrezcan.

*Vistos* los artículos de aplicación de la Ley Hipotecaria y de Enjuiciamiento Civil. No ha lugar á declarar el dominio que se interesa. Así lo acordaron y firman los Jueces del Tribunal; certifico. Juan Morera Martínez, Frank H. Richmond, José Tous Soto. Luis Méndez Vaz.''

*Resultando* : que contra la expresada sentencia interpuso apelación la representación del promovente, la que le fué admitida libremente y en ambos efectos, y que elevados los autos á esta Superioridad, con citación y emplazamiento de las partes y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista, á que sólo asistió el Sr. Fiscal de este Tribunal Supremo que impugnó el recurso.

Abogado del apelante : *Sr. Ginorio (Emigdio S.).*

Abogado del Pueblo : *Sr. del Toro, Fiscal.*

El Juez Presidente, Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada.

*Fallamos* que debemos confirmar y confirmamos la expresada sentencia con las costas al apelante.

Jueces concurrentes : Sres. Hernández, Figueras, Sulzbacher y MacLeary.

---

### Ex Parte Serrano.

Apelación procedente de la Corte de Distrito de San Juan.

No. 75.—Resuelto en Mayo 12, 1904.

Dominio—Escrito Inicial—Título Escrito.—En el escrito inicial promoviendo una información de dominio es necesario expresar que el promovente carece de título de dominio, á fin de que pueda inscribir su derecho por medio del procedimiento que establece el artículo 395 de la Ley Hipotecaria.

"The court should consider the evidence offered with regard to the acquisition of ownership with rational judgment.

"In view of the articles of the Mortgage Law and the Law of Civil Procedure applicable, the declaration of ownership applied for is denied. It was so ordered and signed by the judges of the court, to which I certify. Juan Morera Martínez, Frank H. Richmond, José Tous Soto.—Luis Méndez Vaz."

From this judgment counsel for the petitioner took an appeal, which was allowed both for a review and a stay of proceedings, and the record having been sent up to this court, after a citation of the parties, and the appellant having appeared, the appeal was conducted according to the proper procedure and a day was set for the hearing, at which no one was present except the *Fiscal* of this Supreme Court, who opposed the appeal.

*Mr. Ginorio (Emigdio S.)*, for appellant.

*Mr. del Toro, Fiscal,* for the People.

Mr. Chief Justice Quiñones, after stating the foregoing facts, delivered the opinion of the court.

The findings of fact and conclusions of law of the judgment appealed from are accepted.

We adjudge that we ought to affirm and do affirm the said judgment, with costs against the appellant.

Justices Hernández, Figueras, Sulzbacher and MacLeary concurred.